# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Kevin M. Kelly**

               Plaintiff

    vs.                                        **CASE NUMBER: 3:13-CV-1110 (DNH/DEP)**

**New York City Department of Environmental Protection**

               Defendant

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendant's Motion to Dismiss for Failure to State a Claim is GRANTED. Plaintiff's Cross Motion for leave to Amend/Correct the Complaint is DENIED. Therefore the Complaint filed by Kevin M. Kelly is hereby DISMISSED. Judgment in entered in favor of the defendant and this action is closed.

All of the above pursuant to the order of the Honorable Judge David N. Hurd, dated the 4th day of March, 2014.

DATED: March 4, 2014

Clerk of Court

s/ Joanne Bleskoski

_____

Deputy Clerk